IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY K. PLEASANT, | 1:07-CV-0359 AWI DLB PC |
| Plaintiff, | ORDER REFERRING MOTION TO DISMISS TO MAGISTRATE JUDGE DENNIS L. BECK |
| v. | |
| MERCED BOARD OF SUPERVISORS, MERCED CO. SHERIFF DEPT. | ORDER VACATING AUGUST 4, 2008 HEARING |
| Defendants. | |

In this action, Plaintiff alleges that his civil rights were violated when he was housed in the Merced County Jail. Plaintiff is currently housed in state prison, and is proceeding in pro se. Defendants filed a motion to dismiss that they noticed for hearing before the undersigned for August 4, 2008.

Pursuant to Local Rule 72-302(c)(17), cases brought by a person in custody seeking civil rights relief are aromatically referred to the assigned Magistrate Judge as provided for by 28 U.S.C. § 636. This automatic referral includes dispositive motions, for which the Magistrate Judge will file Findings and Recommendations. Pursuant to Local Rule 78-230(m), all motions filed in a case where one party is incarcerated and is also proceeding in pro se shall be submitted upon the record without oral argument. Because both of these Local Rules apply to this action, the pending motion will be referred to Magistrate Judge Dennis L. Beck, and no oral argument will be heard.

Accordingly, it is HEREBY ORDERED that:

1. The pending motion to dismiss is REFERRED to Magistrate Judge Dennis L. Beck; and

2. The August 4, 2008 hearing before the undersigned is VACATED.

IT IS SO ORDERED.

**Dated:    July 22, 2008**                            /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE