UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY PLEASANT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MERCED COUNTY BOARD<br>OF SUPERVISORS, et. al.,<br><br>　　　　　　Defendant. | CV F- 07-00359 AWI DLB P<br><br>ORDER DIRECTING PLAINTIFF TO<br>RESPOND TO DEFENDANTS'<br>MOTION TO DISMISS |

　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  On June 27, 2008, defendants filed a motion to dismiss.  (Doc. 32).  Plaintiff has not yet filed a statement of opposition or non-opposition to defendants' motion.  Local Rule 78-230(m).

　　　Plaintiff is HEREBY ORDERED to respond to defendants' motion by filing a statement of opposition or non-opposition within thirty (30) days of service of this order.  Failure to comply with this court order will result in a recommendation that this action be dismissed for failure to obey a court order.

　　　IT IS SO ORDERED.

　　　**Dated:   September 4, 2008**　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE