UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY K. PLEASANT,<br><br>        Plaintiff,<br><br>v.<br><br>MERCED BOARD OF SUPERVISORS, et al.,<br><br>        Defendants. | CASE NO.: 1:07-cv-00359 AWI DLB P<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 37)<br><br>ORDER DIRECTING CLERK OF COURT TO SEND TO PLAINTIFF COURT DOCUMENTS 1 and 27<br><br>ORDER DIRECTING DEFENDANTS TO RESERVE MOTION TO DISMISS<br><br>ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS<br><br>THIRTY (30) DAY DEADLINE |

Plaintiff Terry Pleasant ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983. On June 27, 2008, defendants Merced County Board of Supervisors and Merced County Sheriff's Department ("Defendants") filed a motion to dismiss. (Doc. 32). On September 4, 2008, Plaintiff was ordered to file a response to defendants' motion to dismiss within thirty days. Plaintiff failed to do so and on October 27, 2008, the Court issued a Recommendation that this action be dismissed for plaintiff's failure to obey a court order. (Doc. 37).

Plaintiff filed an objection on November 5, 2008. (Doc. 39). Plaintiff states that he was

1  transferred to the custody of the California Department of Corrections and Rehabilitation, and that his
2  legal property is lost.  Plaintiff states that he is therefore unable to respond to Defendants' motion.
3  Plaintiff also seeks a ninety (90) day extension of the dispositive motion deadline.

4        Good cause appearing, the Court shall vacate its Findings and Recommendations, issued October
5  27, 2008.  The Clerk of the Court is DIRECTED to send to plaintiff a copy of his complaint and the
6  Second Informational Order. (Court Docs. 1, 27).

7        Within five (5) days of service of this order, Defendants are to re-serve Plaintiff with a copy of
8  their motion to dismiss and to re-file proof of service.  Plaintiff is ORDERED to file a response to
9  defendants' motion within thirty (30) days of service of this order.  Local Rule 78-230.

10        Because the Court has not yet issued a scheduling order setting a deadline for filing dispositive
11  motions, plaintiff's request for a 90 day extension is HEREBY DISREGARDED.

12      IT IS SO ORDERED.

13  **Dated:   November 25, 2008**                    **/s/ Dennis L. Beck**
                                                                                UNITED STATES MAGISTRATE JUDGE