# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY K. PLEASANT,<br><br>    Plaintiff,<br><br>    v.<br><br>MERCED COUNTY BOARD OF SUPERVISORS, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-00359-AWI DLB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION<br><br>(Docs. 28, 32, 45) |

   Plaintiff Terry K. Pleasant, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On February 17, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within fifteen days. The parties have not filed timely objections to the Findings and Recommendations.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 17, 2009, is adopted in full;
2. Plaintiff's amended complaint is dismissed, without leave to amend, for failure to state any federal claims upon which relief may be granted;
3. Plaintiff's state law claims are dismissed without prejudice; and
4. Defendants' motion to dismiss, filed June 27, 2008 is disregarded as moot.

IT IS SO ORDERED.

Dated:   March 24, 2009              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE